IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01360-AP

ADRIAN FLORES, JR.,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

**JOINT CASE MANAGEMENT PLAN**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

MICHAEL W. SECKAR
402 W. 12th Street
Pueblo, CO 81003
Telephone: (719) 543-8636
FAX: (719) 543-8403
seckarlaw@mindspring.com

For Defendant:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

KRISTI J. DENNEY
Special Assistant U. S. Attorney
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-7182
Facsimile: (303) 844-0770
kristi.denney@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

  A.   Date Complaint Was Filed: June 11, 2009
  B.   Date Complaint Was Served on U.S. Attorney's Office: June 29, 2009
  C.   Date Answer and Administrative Record Were Filed: August 27, 2009

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

At this time, the parties do not know of any additional evidence they intend to submit.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.   OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.   BRIEFING SCHEDULE**

  A.   **Plaintiff's Opening Brief Due:**     October 26, 2009

  B.   **Defendant's Response Brief Due:**    December 1, 2009

  C.   **Plaintiff's Reply Brief (If Any) Due:** December 15, 2009

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

  A.   Plaintiff's Statement: Plaintiff does not request oral argument.

> B. Defendant's Statement:  <u>Defendant does not request oral argument.</u>

**10.** **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

<i><u>Indicate below the parties' consent choice</u>.</i>

> A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
> B. ( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.** **OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(A) by conferring, or making reasonable, good faith efforts to confer, with opposing counsel or *pro se* party before filing the motion.

**12.** **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 15th day of September, 2009.

BY THE COURT:

<i><b>s/John L. Kane</b></i><br/>U.S. DISTRICT COURT JUDGE

APPROVED:

> <u>For Plaintiff</u>:
>
> **s/ Michael W. Seckar** (with permission)
> Michael W. Seckar, No. 12011
> 402 W. 12th Street
> Pueblo, CO 81003
> Telephone: (719) 543-8636
> FAX: (719) 543-8403
> E-mail: seckarlaw@mindspring.com

<u>For Defendant</u>:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

By:    **s/ Kristi J. Denney**
          Kristi J. Denney
          Special Assistant United States Attorney
          Social Security Administration
          1961 Stout Street, Suite 1001A
          Denver, Colorado  80294
          (303) 844-7182
          (303) 844-0770 (facsimile)
          kristi.denney@ssa.gov