IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01360-PAB

ADRIAN FLORES,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on the parties' stipulated motion for an award of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) [Docket No. 24]. The Court being fully apprised of the motion's premises, it is

    **ORDERED** that the stipulated motion for attorney fees [Docket No. 24] is GRANTED, and defendant is ordered to pay the amount of $4,200.00 to plaintiff for attorney fees under the EAJA. The EAJA attorney fee award shall be made payable to plaintiff and delivered to plaintiff's attorney.

    DATED December 20, 2010.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge